UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 2:16-cr-61-FtM-38MRM

NICHOLAS ANTHONY PORTER
_____

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 2323(b), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $3,104.00 against the defendant, representing the amount of proceeds he obtained as the result of trafficking in counterfeit goods, as charged in Count One of the Indictment, as well as forfeiture of the following counterfeit items seized from the defendant:

a. 51 counterfeit Oakley sunglasses seized on October 20, 2015;

b. 120 counterfeit Oakley sunglasses seized on July 13, 2015;

c. 186 counterfeit Oakley sunglasses seized on December 16, 2015; and

d. 31 counterfeit Oakley sunglasses seized on January 3, 2016.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to trafficking in counterfeit goods and obtained proceeds in the amount of $3,104.00 as a result of the offense. In addition, the counterfeit items

identified above were articles the making or trafficking of which is prohibited and are forfeitable under 18 U.S.C. § 2323.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is **FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. § 2323, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Nicholas Anthony Porter is liable to the United States of America for a forfeiture money judgment in the amount of $3,104.00.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 2323, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the counterfeit items described above are **FORFEITED** to the United States of America for disposition according to law.

This order shall become a final order of forfeiture at sentencing.

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE and ORDERED** in Fort Myers, Florida, on November 28, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record