UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:16-cr-61-FtM-38MRM

NICHOLAS ANTHONY PORTER
_____

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for the following counterfeit items seized from the defendant:

    a.    51 counterfeit Oakley sunglasses seized on October 20, 2015;

    b.    120 counterfeit Oakley sunglasses seized on July 13, 2015;

    c.    186 counterfeit Oakley sunglasses seized on December 16, 2015; and

    d.    31 counterfeit Oakley sunglasses seized on January 3, 2016.

On November 28, 2016, the Court entered a $3,104.00 Forfeiture Money Judgment and a Preliminary Order of Forfeiture for the counterfeit items described above, pursuant to 18 U.S.C. § 2323.  Doc. 35.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the counterfeit items on the official government website,

www.forfeiture.gov, from November 29, 2016 through December 28, 2016. Doc. 37. The publication gave notice to all third parties with a legal interest in the counterfeit items to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the counterfeit items, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the counterfeit items identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the counterfeit items is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, this 7th day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Counsel of Record